UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA,

              -v-

Ramon Hall            ,
                Defendant(s).

---------------------------------------------------------------X

CONSENT TO PROCEED BY VIDEO CONFERENCE OR TELEPHONE CONFERENCE

20-CR-654 (MKV) (__)

Defendant __Ramon Hall__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

_X_ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

/s/ Ramon Hall

**Defendant's Signature**
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Ramon Hall**
Print Defendant's Name

**Jonathan Marvinny**
Digitally signed by Jonathan Marvinny
Date: 2021.02.08 08:20:20 -05'00'

**Defense Counsel's Signature**

**Jonathan Marvinny**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

2/8/21
Date

*Mary Kay Vyskocil*
U.S. District Judge/U.S. Magistrate Judge