UNITED STATES DICSTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/10/21

_____

UNITED STATES OF AMERICA,

                -against-

RAMON HALL

                Defendant.

1:20-cr-654 (MKV)

**ORDER**

_____

MARY KAY VYSKOCIL, United States District Judge

A change of plea hearing for Defendant Ramon Hall will be held on Friday, May 21, 2021 at 11:00 a.m. The hearing will take place in Courtroom 18C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

**SO ORDERED.**

**Date: May 10, 2021**

*[signature]*
MARY KAY VYSKOCIL
United States District Judge