| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 5/19/2021 |

UNITED STATES OF AMERICA,

-v-

RAMON HALL,

                Defendant.

20-cr-654 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

     IT IS HEREBY ORDERED THAT, in advance of appearing at the courthouse this Friday, May 21, 2021, the parties shall consult and comply with Chief Judge Swain's Standing Order dated May 18, 2021 [21-mc-164, ECF #8] and guidance available on the S.D.N.Y. website regarding the current restrictions and precautions that are in place for in-person appearances as a result of the COVID-19 pandemic.

**SO ORDERED.**

**Date:  May 19, 2021**
**         New York, NY**

                              **MARY KAY VYSKOCIL**
                              **United States District Judge**