# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

April 23, 2021

By ECF

Hon. Mary Kay Vyskocil
United States District Judge
Southern District of New York

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   5/19/2021
```

**Re: United States v. Ramon Hall, 20 Cr. 654 (MKV)**

Dear Judge Vyskocil:

By this letter Ramon Hall respectfully requests to withdraw his March 11, 2021 motion to dismiss the indictment (ECF No. 20). Mr. Hall has decided to plead guilty to the sole count against him and accordingly wishes to withdraw his motion to dismiss.

Thank you for your attention to this matter.

Sincerely,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc: Sarah L. Kushner, Esq.
    Assistant United States Attorney

---

**Granted. SO ORDERED.** The Clerk of Court is respectfully directed to terminate the motions pending at docket entries 20 and 34.

Date: May 19, 2021
New York, New York

Mary Kay Vyskocil
United States District Judge