USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/21/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

RAMON HALL,

    Defendant.

1:20-cr-0654-MKV

ORDER

HON. MARY KAY VYSKOCIL, United States District Judge:

The United States Marshals Service is ordered to produce, by any means necessary, the Defendant in this action at the Daniel Patrick Moynihan United States Courthouse, 500 Peal Street, Courtroom 18C, New York, New York by 11:00AM on May 21, 2021.

SO ORDERED.

Dated: May 21, 2021.
      New York, New York

                                      MARY KAY VYSKOCIL
                                      United States District Judge