USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/21/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        -against-

RAMON HALL,

        Defendant.

1:20-cr-0654-MKV

ORDER

HON. MARY KAY VYSKOCIL, United States District Judge:

    Counsel for Defendant has filed a letter objecting to the Court's issuance of an order compelling the Defendant's attendance at a conference on May 21, 2021, notwithstanding Defendant's request for the proceeding to occur in person. At counsel's request, the Order is RESCINDED.

    The Plea Hearing scheduled for May 21, 2021 is cancelled. Counsel should contact my Courtroom Deputy to reschedule the proceeding, if Defendant still intends to change his plea.

SO ORDERED.

Dated: May 21, 2021.
       New York, New York

*Mary Kay Vyskocil*
MARY KAY VYSKOCIL
United States District Judge