UNITED STATES DICSTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,                           1:20-cr-00654 (MKV)

                              -against-                            **ORDER**

RAMON HALL,

                       Defendant.

_____

MARY KAY VYSKOCIL, United States District Judge


Change of Plea Hearing for Ramon Hall is scheduled for 6/14/2021 at 9:00 AM before Judge
Mary Kay Vyskocil.
The hearing will take place in the Daniel Patrick Moynihan Courthouse, 500 Pearl Street,
Courtroom 18C.


**SO ORDERED.**
 **June 9, 2021**

                                        MARY KAY VYSKOCIL
                                        United States District Judge